# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

| | | |
|---|---|---|
| **KATHRYN DAWN BROCK** | § | **PLAINTIFF** |
| | § | |
| **v.** | §**CIVIL ACTION NO. 3:20cv00160-MPM-JMV** | |
| | § | |
| **ANDREW M. SAUL, COMMISSIONER** | § | |
| **OF SOCIAL SECURITY** | § | **DEFENDANT** |

## ORDER LIFTING STAY

Before the Court is the Commissioner of Social Security's Unopposed Motion to Lift Stay [9]. For good cause shown, the Court grants the motion. The Commissioner is directed to file the certified transcript of the record and his answer to Plaintiff's complaint within seven (7) days of this date.

SO ORDERED this 24th day of November, 2020.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE